# UNITED STATES DISTRICT COURT

### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

RICHARD CYR

**OFFICIAL EXHIBIT AND WITNESS LIST**

Case Number: 2:14-cr-19-1

| PRESIDING JUDGE William K. Sessions III | PLAINTIFF'S ATTORNEY Christina E. Nolan, AUSA | DEFENDANT'S ATTORNEY Maryanne Kampmann, Esq. |
|---|---|---|
| TRIAL DATE (S) 10/9/2014 | COURT REPORTER Jo Ann Carson, Capital Court Reporters | COURTROOM DEPUTY Lisa Wright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/9/14 | X | X | Federal Search Warrant Application & Search Warrant for 1779 Tatro Hill Road, Randolph, Vermont and Silver Chrysler PT Cruiser |
| 2 | | 10/9/14 | X | X | Federal Search Warrant Application & Search Warrant for Facebook Accounts of Ann Clancy and K.P. |
| 3 | | 10/9/14 | X | X | Federal Search Warrant Application & Search Warrant for 802whiteboy@gmail.com |
| 4 | | 10/9/14 | X | X | Federal Search Warrant Application & Search Warrant for vtsissyhunter@gmail.com |
| 5 | | 10/9/14 | X | X | State of Vermont Search Warrant Application & Search Warrant for Facebook Accounts: K.S. and Ann Clancy |
| | A | 10/9/14 | X | X | State of Vermont Search Warrant Inventory |
| | | | | | WITNESS: |
| X | | | | | Detective Scott Clouatre |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages