AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 MAR 31 PM 12:01

CLERK

BY_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:14-cr-19
)
Electronic media, described with particularity in )
Attachment A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Electronic media, described with particularity in Attachment A

located in the _____ District of _____Vermont_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC secs. 2251, 2252 | - production, receipt, and possession of child pornography |
| 18 USC sec 2422(b) | - using a means or facility of interstate commerce to knowingly persuade, induce, entice, or coerce a minor to engage in illegal sexual activity |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Michelle Delpha, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 31, 2015

*Judge's signature*

City and state: Burlington, Vermont     Hon. John M. Conroy, United States Magistrate Judge
*Printed name and title*